not finally determine the action within the meaning of the Constitution.

JENNIFER CANGRO, Appellant, v MARY V. ROSADO, Respondent.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

VERONIKA CHAUCA, Appellant, v JAMIL ABRAHAM et al., Respondents.

Decided December 15, 2016

See 841 F3d 86.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.

In the Matter of CITY OF NEW YORK et al., Appellants, v NEW YORK STATE NURSES ASSOCIATION et al., Respondents.

Submitted November 28, 2016; decided December 15, 2016

Motion by Municipal Labor Committee for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.